**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>BARNES & NOBLE, INC.,<br><br>             Defendant. | Civil Action No.<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Cloud Satchel LLC declares that it has no parent corporation, and no publicly traded corporation currently owns 10% or more of its stock.

DATED:  May 24, 2013                                    Respectfully Submitted,

                                                                        /s/ Stamatios Stamoulis
                                                                        Stamatios Stamoulis #4606
                                                                                stamoulis@swdelaw.com
                                                                        Richard C. Weinblatt #5080
                                                                                weinblatt@swdelaw.com
                                                                        Two Fox Point Centre
                                                                        6 Denny Road, Suite 307
                                                                        Wilmington, DE 19809
                                                                        Telephone: (302) 999-1540

                                                                        **Attorneys for Plaintiff
                                                                        Cloud Satchel LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2013, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

>*/s/ Stamatios Stamoulis*
>Stamatios Stamoulis