IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC, )<br>)<br>Plaintiff, )<br>) C. A. No. 13-942-SLR<br>v. )<br>) JURY TRIAL DEMANDED<br>BARNES & NOBLE, INC., )<br>)<br>Defendant. ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Cloud Satchel LLC ("Cloud Satchel") and defendant Barnes & Noble, Inc. ("Barnes & Noble"), subject to the approval of the Court, that the time for Barnes & Noble to answer, move, or otherwise respond to Cloud Satchel's Complaint for Patent Infringement is extended until July 29, 2013.

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Stamatios Stamoulis<br>   Stamatios Stamoulis (#4606)<br>   Richard C. Weinblatt (#5080)<br>   Two Fox Point Centre<br>   6 Denny Road, Suite 307<br>   Wilmington, DE  19809<br>   (302) 999-1540<br>   Stamoulis@swdelaw.com<br>   Weinblatt@swdelaw.com | By: /s/ Philip A. Rovner<br>   Philip A. Rovner (#3215)<br>   Jonathan A. Choa (#5319)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE  19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   jchoa@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Cloud Satchel LLC* | *Attorneys for Defendant*<br>*Barnes & Noble, Inc.* |

Dated: June 12, 2013
1110229

SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge