IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BARNES & NOBLE, INC.,<br><br>    Defendant. | Civil Action No. 1:13-cv-00942-SLR<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Darlene Ghavimi of Farney Daniels PC, 1220 North Market Street, Suite 850, Wilmington, Delaware 19806 on behalf of Plaintiff, Cloud Satchel, LLC, in the above-captioned matter.

Dated: June 13, 2013

FARNEY DANIELS PC

*/s/ Darlene Ghavimi*
Darlene Ghavimi (#5173)
dghavimi@farneydaniels.com
1220 North Market Street, Ste. 850
Wilmington, DE 19806
Telephone: (512) 582-2828
Facsimile: (512) 582-2829

Stamatios Stamoulis (DE Bar No. 4606)
    stamoulis@swdelaw.com
Richard C. Weinblatt (DE Bar No. 5080)
    weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Plaintiff Cloud Satchel, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served June 13, 2013, with a copy of this document via the Court's CM/ECF system.

>*/s/ Darlene Ghavimi*
>Darlene Ghavimi