IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 13-942-SLR |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| BARNES & NOBLE, INC., | ) |
| | ) |
| Defendant. | ) |

## BARNES & NOBLE, INC.'S FEDERAL RULE OF
## CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1, the undersigned, counsel of record for Defendant and Counterclaim Plaintiff Barnes & Noble, Inc., hereby discloses that Barnes & Noble, Inc. is a publicly traded company and Liberty Media Corporation, a public company, through its wholly-owned subsidiary Liberty GIC, Inc., owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Matthew M. Wolf
Ali R. Sharifahmadian
John E. Nilsson
Seth I. Heller
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

Dated: July 29, 2013
1116910

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant
Barnes & Noble, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 29, 2013, the within document was filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 29, 2013, the within document was electronically mailed to the following persons:

## BY E-MAIL

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Cloud Satchel, LLC*

Darlene Ghavimi, Esq.
Farney Daniels PC
1220 North Market Street, Suite 850
Wilmington, DE 19806
dghavimi@farneydaniels.com

*Co-counsel for Plaintiff*
*Cloud Satchel, LLC*

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com