IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>BARNES & NOBLE, INC.,<br><br>            Defendant. | Civil Action No.   1:13-cv-00942-SLR<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David Swenson, Butler Square, 100 North 6th Street, Suite 445A, Minneapolis, MN 55403 to represent Plaintiff, Cloud Satchel, LLC, in this matter.

Dated: August 8, 2013

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (DE Bar No. 4606)
    stamoulis@swdelaw.com
Richard C. Weinblatt (DE Bar No. 5080)
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Plaintiff*
*Cloud Satchel LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of David Swenson is GRANTED.

Date: _____       _____
                                               HONORABLE JUDGE SUE L. ROBINSON

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been previously submitted to the Clerk's Office.

Dated: August 8, 2013

                                                           David Swenson
                                                           Farney Daniels PC
                                                           Butler Square
                                                           100 North 6th Street, Suite 445A
                                                           Minneapolis, MN 55403
                                                           (612) 424-9229
                                                           DSwenson@farneydaniels.com

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served August 8, 2013, with a copy of this document via the Court's CM/ECF system.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis