IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>       Plaintiff,<br><br>v.<br><br>BARNES & NOBLE, INC.,<br><br>       Defendant. | Civil Action No. 1:13-cv-00942-SLR<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF CLOUD SATCHEL, LLC'S ANSWER TO
DEFENDANT'S COUNTERCLAIMS**

Plaintiff and Counterclaim-Defendant, Cloud Satchel LLC, by and through its attorneys, hereby answers Defendant and Counterclaim Plaintiff Barnes & Noble, Inc.'s ("B&N") Counterclaims as follows:

**ANSWER TO COUNTERCLAIMS**

Cloud Satchel restates and incorporates by reference the allegations set forth in Paragraphs 1-25 of its Complaint.

**THE PARTIES**

1.     Cloud Satchel admits the allegations in Paragraph 1 of the Counterclaims.

2.     Cloud Satchel admits that it is a limited liability company organized under the laws of the State of Delaware with its place of business at 1220 North Market Street, Suite 806, Wilmington, Delaware 19801.  Cloud Satchel also admits that it owns the '321 and '997 Patents.

**JURISDICTION AND VENUE**

3.     Cloud Satchel admits that this Court has jurisdiction over the subject matter of these Counterclaims under 28 U.S.C. §§ 1331, 1367, 1338(a), 2201 and 2202, and that venue for these Counterclaims is proper in this District but denies the remaining allegations in Paragraph 3 of the Counterclaims.

4. Cloud Satchel admits the allegations in Paragraph 4 of the Counterclaims.

**BACKGROUND**

5. Cloud Satchel admits that there is an actual case or controversy between the parties but denies the remaining allegations in Paragraph 5 of the Counterclaims.

**COUNT I**
**NON-INFRINGEMENT OF U.S. PATENT NO. 5,862,321**

6. Cloud Satchel realleges and incorporates by reference the allegations of paragraphs 1-5 of this Answer as though fully set forth herein.

7. Cloud Satchel denies the allegations in Paragraph 7 of the Counterclaims.

8. Cloud Satchel admits the allegations in Paragraph 8 of the Counterclaims.

9. Cloud Satchel denies the allegations in Paragraph 9 of the Counterclaims.

**COUNT II**
**INVALIDITY OF U.S. PATENT NO. 5,862,321**

10. Cloud Satchel realleges and incorporates by reference the allegations of paragraphs 1-9 of this Answer as though fully set forth herein.

11. Cloud Satchel denies the allegations in Paragraph 11 of the Counterclaims.

12. Cloud Satchel admits the allegations in Paragraph 12 of the Counterclaims.

13. Cloud Satchel denies the allegations in Paragraph 13 of the Counterclaims.

**COUNT III**
**NON-INFRINGEMENT OF U.S. PATENT NO. 6,144,997**

14. Cloud Satchel realleges and incorporates by reference the allegations of paragraphs 1-13 of this Answer as though fully set forth herein.

15. Cloud Satchel denies the allegations in Paragraph 15 of the Counterclaims.

16. Cloud Satchel admits the allegations in Paragraph 16 of the Counterclaims.

17. Cloud Satchel denies the allegations in Paragraph 17 of the Counterclaims.

## COUNT IV
## INVALIDITY OF U.S. PATENT NO. 6,144,997

18. Cloud Satchel realleges and incorporates by reference the allegations of paragraphs 1-17 of this Answer as though fully set forth herein.

19. Cloud Satchel denies the allegations in Paragraph 19 of the Counterclaims.

20. Cloud Satchel admits the allegations in Paragraph 20 of the Counterclaims.

21. Cloud Satchel denies the allegations in Paragraph 21 of the Counterclaims.

## PRAYER FOR RELIEF

Cloud Satchel denies that B & N is entitled to the relief requested in the Counterclaims or to any other relief.

## AFFIRMATIVE DEFENSES

In response to B & N's Counterclaims, Cloud Satchel asserts the following affirmative defenses. Cloud Satchel reserves the right to assert additional affirmative defenses as they become known through discovery.

## FIRST AFFIRMATIVE DEFENSE

B&N's Counterclaims fail to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Cloud Satchel reserves the right to assert any other legal or equitable defenses to which it is entitled.

Accordingly, B&N's Counterclaims should be dismissed and, instead, Cloud Satchel is entitled to the relief requested in its Complaint asserted against B&N for direct and indirect infringement of the '321 and '997 Patents, which are incorporated herein by reference.

## JURY DEMAND

Cloud Satchel demands a trial by jury on all issues triable as such.

## **PRAYER FOR RELIEF**

WHEREFORE, Cloud Satchel respectfully requests this Court to enter judgment for Cloud Satchel and against B&N as follows:

A. a judgment denying B&N any and all of its requested relief and any relief whatsoever and dismissing B&N's Counterclaims in its entirety with prejudice;

B. a judgment that each and every claim of the '321 and '997 Patents is not invalid;

C. a judgment in favor of Cloud Satchel that B&N has infringed, induced infringement of, and/or contributorily infringed, literally or under the doctrine of equivalents, one or more claims of the '321 and '997 Patents;

D. an award of damages to be paid by B&N adequate to compensate Cloud Satchel for B&N's past infringement of the '321 and '997 Patents, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

E. a judgment that this case is exceptional and that Cloud Satchel is entitled to recovery of its costs of suit, including reasonable attorney's fees; and

F. For such further relief in law and in equity as the Court may deem just and proper.

Dated: August 19, 2013

| | |
|---|---|
| OF COUNSEL: | STAMOULIS & WEINBLATT LLC |
| | |
| FARNEY DANIELS PC | */s/ Stamatios Stamoulis* |
| David Swenson (*pro hac vice*) | Stamatios Stamoulis (DE Bar No. 4606) |
| Butler Square, Suite 445A | stamoulis@swdelaw.com |
| 100 North Sixth Street | Richard C. Weinblatt (DE Bar No. 5080) |
| Minneapolis, MN 55403 | weinblatt@swdelaw.com |
| (612) 424-9220 | Two Fox Point Centre |
| dswenson@farneydaniels.com | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| | (302) 999-1540 |
| FARNEY DANIELS PC | |
| Darlene Ghavimi (DE Bar No. 5173) | *Attorneys for Plaintiff Cloud Satchel, LLC* |
| 1220 North Market Street, Suite 850 | |
| Wilmington, DE 19806 | |
| (512) 582-2828 | |
| dghavimi@farneydaniels.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served August 19, 2013, with a copy of this document via the Court's CM/ECF system.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis