**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CLOUD SATCHEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 13-942-SLR |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| BARNES & NOBLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admission *pro hac vice* of Matthew M. Wolf, Esq., Ali R. Sharifahmadian, Esq., John E. Nilsson, Esq. and Seth I. Heller, Esq., Arnold & Porter LLP, 555 Twelfth Street NW, Washington, DC 20004, to represent defendant Barnes & Noble, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

Dated: August 20, 2013
1119532

*Attorneys for Defendant*
*Barnes & Noble, Inc.*

IT IS SO ORDERED this __________ day of _____________, 2013.

_____________________________________
UNITED STATES DISTRICT JUDGE

1119532

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/29/13

Matthew M. Wolf
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004-1206
(202) 942-5000
Matthew.wolf@aporter.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/29/13

Ali R. Sharifahmadian
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004-1206
(202) 942-5000
Ali.sharifahmadian@aporter.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 29, 2013

[signature]

John E. Nilsson
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004-1206
(202) 942-5000
John.Nilsson@aporter.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/29/13

Seth I. Heller
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004-1206
(202) 942-5000
Seth.heller@aporter.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 20, 2013, the within document was filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 20, 2013, the within document was electronically mailed to the following persons:

**BY E-MAIL**

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Cloud Satchel, LLC*

Darlene Ghavimi, Esq.
Farney Daniels PC
1220 North Market Street, Suite 850
Wilmington, DE 19806
dghavimi@farneydaniels.com

David Swenson, Esq.
Farney Daniels PC
Butler Square
100 North 6th Street, Suite 445A
Minneapolis, MN 55403
dswenson@farneydaniels.com

*Co-counsel for Plaintiff*
*Cloud Satchel, LLC*

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com