IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>BARNES & NOBLE, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:13-cv-00942-SLR<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Anthony Beasley, 100 North Sixth Street, Suite 445A, Minneapolis, MN 55403 to represent Plaintiff, Cloud Satchel LLC, in this matter.

Dated: October 14, 2013

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | FARNEY DANIELS PC |
| Stamatios Stamoulis (DE Bar No. 4606)<br>　　stamoulis@swdelaw.com<br>Richard C. Weinblatt (DE Bar No. 5080)<br>　　weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540 | */s/ Darlene Ghavimi*<br>Darlene Ghavimi (#5173)<br>dghavimi@farneydaniels.com<br>1220 North Market Street, Suite 850<br>Wilmington, DE 19806<br>Telephone: (512) 582-2828<br>Facsimile: (512) 582-2829<br><br>FARNEY DANIELS PC<br>David Swenson (Admitted *Pro Hac Vice*)<br>DSwenson@farneydaniels.com<br>100 North Sixth Street, Suite 445A<br>Minneapolis, MN 55403<br>Telephone: 612-424-9229<br>Facsimile: 612-424-9230<br><br>*Attorneys for Plaintiff Cloud Satchel, LLC* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Anthony Beasley is GRANTED.

Date: _____
HONORABLE JUDGE SUE L. ROBINSON

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been previously submitted to the Clerk's Office.

Dated: October 14, 2013

Anthony Beasley
Farney Daniels PC
Butler Square
100 North 6th Street, Suite 445A
Minneapolis, MN 55403
(612) 424-9227
TBeasley@farneydaniels.com

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served October 14, 2013, with a copy of this document via the Court's CM/ECF system.

                                          */s/ Darlene Ghavimi*
                                          Darlene Ghavimi