**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUD SATCHEL, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>BARNES & NOBLE, INC.,<br><br>      Defendant. | Civil Action No. 1:13-cv-00942-SLR<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT true and correct copies of the following were caused to be served upon counsel of record for defendant on November 7, 2013 in the manner indicated below.

    1.    *Plaintiff Cloud Satchel LLC's First Set of Common Interrogatories to Defendants Amazon.com, Inc., Barnes & Noble, Inc., Sony Electronics, Inc.*;

    2.    *Plaintiff Cloud Satchel LLC's First Set of Interrogatories to Defendant Barnes & Noble, Inc.*;

    3.    *Plaintiff Cloud Satchel LLC's First Set of Requests for Production of Documents and Things to Defendant Barnes & Noble, Inc.*;

    4.    *Plaintiff Cloud Satchel LLC's First Set of Requests for Admission to Defendant Barnes & Noble, Inc.*

### SERVICE BY E-MAIL

| | |
|---|---|
| ARNOLD & PORTER LLP<br>55 5 Twelfth Street, NW<br>Washington, DC 20004-1206<br>(202) 942-5000<br><br>Matthew M. Wolf<br>**Matthew.wolf@aporter.com**<br><br>Ali R. Sharifahmadian<br>**Ali.sharifahmadian@aporter.com** | POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br><br>Philip A. Rovner<br>**provner@potteranderson.com**<br><br>Jonathan A. Choa<br>**jchoa@potteranderson.com** |

John E. Nilsson
**John.Nilsson@aporter.com**

Seth I. Heller
**Seth.heller@aporter.com**

DATED:  November 13, 2013

| STAMOULIS & WEINBLATT LLC | FARNEY DANIELS PC |
|---|---|
| Stamatios Stamoulis (DE Bar No. 4606)<br>          stamoulis@swdelaw.com<br>Richard C. Weinblatt (DE Bar No. 5080)<br>          weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540 | */s/ Darlene Ghavimi*<br>Darlene Ghavimi (#5173)<br>dghavimi@farneydaniels.com<br>1220 North Market Street, Suite 850<br>Wilmington, DE 19806<br>Telephone: (512) 582-2828<br> Facsimile: (512) 582-2829<br><br>FARNEY DANIELS PC<br>David Swenson (Admitted *Pro Hac Vice*)<br>DSwenson@farneydaniels.com<br>Anthony Beasley (Admitted *Pro Hac Vice*)<br>TBeasley@farneydaniels.com<br>100 North Sixth Street, Suite 445A<br>Minneapolis, MN 55403<br>Telephone: 612-424-9229<br>Facsimile: 612-424-9230<br><br>*Attorneys for Plaintiff Cloud Satchel, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

>                                     */s/ Darlene Ghavimi*
>                                     Darlene Ghavimi