**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMAZON.COM, INC,<br><br>        Defendant. | Civil Action No. 1:13-cv-00941-SLR<br><br>JURY TRIAL DEMANDED |
| CLOUD SATCHEL LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>BARNES & NOBLE, INC.,<br><br>        Defendant. | Civil Action No. 1:13-cv-00942-SLR<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

I certify that on December 5, 2013, true and correct copies of Plaintiff Cloud Satchel LLC's Fed. R. Civ. P. 26(a)(1) Initial Disclosures and the Disclosures under the Delaware Default Standard for Discovery Paragraphs 3 and 4(a) were served upon the following counsel by electronic mail:

| | |
|---|---|
| Steven J. Balick<br>sbalick@ashby-gesses.com<br>Lauren E. Maguire<br>lmaguire@ashby-geddes.com<br>Andrew C. Mayo<br>amayo@ashby-geddes.com<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Matthew M. Wolf<br>matthew.wolf@aporter.com<br>Ali R. Sharifahmadian<br>ali.sharifahmadian@aporter.com<br>John E. Nilsson<br>john.nilsson@aporter.com<br>Seth I. Heller<br>seth.heller@aporter.com<br>ARNOLD & PORTER LLP<br>55 S. Twelfth Street, NW<br>Washington, DC 20004-1206 |

| | |
|---|---|
| Adam K. Mortara<br>adam.mortara@gartlit-beck.com<br>Abby M. Mollen<br>abby-mollen@bartlitt-beck.com<br>Sharon R. Yecies<br>sharon.yecies@bartlit-beck.com<br>BARTLIT BECK HERMAN PALENCHAR<br> & SCOTT LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br><br>*Attorneys for Defendant*<br>*Amazon.com Inc.* | Telephone: (202) 942-5000<br><br>Philip A. Rovner<br>provner@potteranderson.com<br>Jonathan A. Choa<br>jchoa@potteranderson.com<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6000<br><br>*Attorneys for Defendant*<br>*Barnes & Noble, Inc.* |

Dated: December 9, 2013

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC<br><br>Stamatios Stamoulis (#4606)<br> stamoulis@swedelaw.com<br>Richard C. Weinblatt # 5080<br> weinblatt@swedelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540 | FARNEY DANIELS PC<br><br>*/s/ Darlene Ghavimi*<br>Darlene Ghavimi (#5173)<br>dghavimi@farneydaniels.com<br>1220 North Market Street, Suite 850<br>Wilmington, DE 19806<br>Telephone: (512) 285-2828<br>Facsimile: (512) 582-2829<br><br>FARNEY DANIELS PC<br>David Swenson (Admitted *Pro Hac Vice*)<br>dswenson@farneydaniels.com<br>Anthony Beasley (Admitted *Pro Hac Vice*)<br>tbeasley@farneydaniels.com<br>100 North Sixth Street, Suite 445A<br>Minneapolis, MN 55403<br>Telephone: (612) 424-9229<br>Facsimile: (612) 424-9230<br><br>*Attorneys for Plaintiff*<br>*Cloud Satchel, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served December 9, 2013, with a copy of this document via the Court's CM/ECF system.

*/s/ Darlene Ghavimi*
Darlene Ghavimi