IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 13-942-SLR ) |
| BARNES & NOBLE, INC., | ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 9, 2014 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

BARNES & NOBLE, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF CLOUD SATCHEL LLC

BARNES & NOBLE, INC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS [NOS. 1-87] TO PLAINTIFF CLOUD SATCHEL LLC

### BY HAND DELIVERY E-MAIL

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff
Cloud Satchel, LLC*

Darlene Ghavimi, Esq.
Farney Daniels PC
1220 North Market Street, Suite 850
Wilmington, DE 19806
dghavimi@farneydaniels.com

*Co-counsel for Plaintiff
Cloud Satchel, LLC*

**BY E-MAIL**

David Swenson, Esq.
Anthony Beasley, Esq.
Farney Daniels PC
Butler Square
100 North 6th Street, Suite 445A
Minneapolis, MN 55403
dswenson@farneydaniels.com
tbeasley@farneydaniels.com

*Co-counsel for Plaintiff*
*Cloud Satchel, LLC*

                                  POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Matthew M. Wolf
Ali R. Sharifahmadian
John E. Nilsson
Seth I. Heller
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

Dated: January 9, 2014
1135680

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Barnes & Noble, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 9, 2014, the within document was filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 9, 2014, the within document was served on the following persons:

### BY HAND DELIVERY E-MAIL

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Cloud Satchel, LLC*

Darlene Ghavimi, Esq.
Farney Daniels PC
1220 North Market Street, Suite 850
Wilmington, DE 19806
dghavimi@farneydaniels.com

*Co-counsel for Plaintiff*
*Cloud Satchel, LLC*

### BY E-MAIL

David Swenson, Esq.
Anthony Beasley, Esq.
Farney Daniels PC
Butler Square
100 North 6th Street, Suite 445A
Minneapolis, MN 55403
dswenson@farneydaniels.com
tbeasley@farneydaniels.com

*Co-counsel for Plaintiff*
*Cloud Satchel, LLC*

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com