**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC,<br><br>        Defendant. | Civil Action No. 1:13-cv-00941-SLR<br><br>JURY TRIAL DEMANDED |
| CLOUD SATCHEL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BARNES & NOBLE, INC.,<br><br>        Defendant. | Civil Action No. 1:13-cv-00942-SLR<br><br>JURY TRIAL DEMANDED |
| CLOUD SATCHEL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS, INC.,<br><br>        Defendant. | Civil Action No. 1:13-cv-01381-SLR<br><br>JURY TRIAL DEMANDED |
| CLOUD SATCHEL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>KOBO, INC.,<br><br>        Defendant. | Civil Action No. 1:13-cv-01890-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Cloud Satchel LLC in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to these actions should be directed to and served upon:

>Timothy Devlin
>Farney Daniels PC
>1220 Market Street
>Suite 850
>Wilmington, DE 19801

I certify that I am admitted to practice in this Court.

Dated:  January 23, 2014                FARNEY DANIELS PC

*/s/ Timothy Devlin*

Timothy Devlin #4241
tdevlin@farneydaniels.com
1220 Market Street, Suite 850
Wilmington, DE 19801
Telephone:  (302) 300-4626

*Attorney for Plaintiff*
*Cloud Satchel LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served January 23, 2014, with a copy of this document via the Court's CM/ECF system.

> */s/ Timothy Devlin*
> Timothy Devlin #4241