**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUD SATCHEL LLC, | |
| Plaintiff, | |
| | Civil Action No. 1:13-cv-00941-SLR |
| v. | |
| AMAZON.COM, LLC, | JURY TRIAL REQUESTED |
| Defendant. | |
| CLOUD SATCHEL LLC, | |
| Plaintiff, | |
| | Civil Action No. 1:13-cv-00942-SLR |
| v. | |
| BARNES & NOBLE, INC., | JURY TRIAL REQUESTED |
| Defendants. | |
| CLOUD SATCHEL LLC, | |
| Plaintiff, | |
| | Civil Action No. 1:13-cv-01381-SLR |
| v. | |
| SONY ELECTRONICS, INC., AND SONY CORPORATION | JURY TRIAL REQUESTED |
| Defendants. | |

## NOTICE OF WITHDRAWAL

Plaintiff Cloud Satchel LLC respectfully provides notice of the withdrawal of the appearance of Darlene Ghavimi in this matter pursuant to LR 83.7.

Delaware L.R. 83.7 provides that an attorney may withdraw an appearance for a party without the Court's permission when such withdrawal will leave a member of the Bar of this

Court appearing as counsel of record for the party.  Cloud Satchel will continue to be represented by Tim Devlin and Stamatios Stamoulis, both members of the bar of this Court.


Dated:  January 23, 2014                    FARNEY DANIELS PC

                                            */s/ Timothy Devlin*
                                            Timothy Devlin #4241
                                            Email:  tdevlin@farneydaniels.com
                                            FARNEY DANIELS PC
                                            1220 Market Street, Ste. 850
                                            Wilmington, DE 19801
                                            Telephone:  (302) 300-4626

                                            Stamatios Stamoulis #4606
                                            Email:  stamoulis@swdelaw.com
                                            Richard C. Weinblatt #5080
                                            Email:  weinblatt@swdelaw.com
                                            STAMOULIS & WEINBLATT LLC
                                            Two Fox Point Centre
                                            6 Denny Road, Suite 307
                                            Wilmington, DE 19809
                                            Telephone:  (302) 999-1540

                                            *Attorneys for Plaintiff*
                                            *Cloud Satchel LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2014, I caused the above document to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin