IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUD SATCHEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-941-SLR |
| | ) | |
| -vs.- | ) | JURY TRIAL DEMANDED |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CLOUD SATCHEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-942-SLR |
| | ) | |
| -vs.- | ) | JURY TRIAL DEMANDED |
| | ) | |
| BARNES & NOBLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CLOUD SATCHEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-1381-SLR |
| | ) | |
| -vs.- | ) | JURY TRIAL DEMANDED |
| | ) | |
| SONY ELECTRONICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that on the 6th day of February, 2014, **DEFENDANTS'**

**FIRST SET OF INTERROGATORIES TO PLAINTIFF CLOUD SATCHEL LLC** was

served upon the below-named counsel of record at the address and in the manner indicated:

Stamatios Stamoulis, Esquire                           <u>VIA HAND DELIVERY</u>
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809

Timothy Devlin, Esquire                                <u>VIA HAND DELIVERY</u>
Farney Daniels PC
1220 North Market Street, Suite 850
Wilmington, DE  19801

David P. Swenson, Esquire                              <u>VIA ELECTRONIC MAIL</u>
Farney Daniels PC
Butler Square
100 North 6th Street, Suite 445A
Minneapolis, MN  55403

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant Amazon.com, Inc.*

*Of Counsel:*

Adam K. Mortara
Abby M. Mollen
Sharon R. Yecies
BARTLIT BECK HERMAN
   PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
(312) 494-4400

Dated:  February 6, 2014