**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>       Plaintiff,<br><br>       vs.<br><br>BARNES & NOBLE, INC.,<br><br>       Defendant. | Civil Action No. 1:13-cv-00942-SLR<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE THAT true and correct copies of the following were

caused to be served upon counsel of record for defendant on February 10, 2014, in the

manner indicated below.

1.     Plaintiff Cloud Satchel LLC's Objections and Responses to Defendant
Barnes & Noble, Inc.'s First Set of Interrogatories [No. 1]; and

2.     Plaintiff Cloud Satchel LLC's Objections and Responses to Defendant
Barnes & Noble, Inc.'s First Set of Requests for Production [Nos. 1 - 87].

**SERVICE BY E-MAIL**

ARNOLD & PORTER LLP
55 5 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

Matthew M. Wolf
Matthew.wolf@aporter.com
Ali R. Sharifahmadian
Ali.sharifahmadian@aporter.com
John E. Nilsson
John.Nilsson@aporter.com
Seth I. Heller
Seth.heller@aporter.com

POTTER ANDERSON & CORROON LLP
Hercules Plaza, P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

Philip A. Rovner
provner@potteranderson.com
Jonathan A. Choa
jchoa@potteranderson.com

DATED: February 12, 2014

FARNEY DANIELS PC

STAMOULIS & WEINBLATT LLC

/s/Timothy Devlin

Timothy Devlin #4241
Stamatios Stamoulis (DE Bar No. 4606)          tdevlin@farneydaniels.com
        stamoulis@swdelaw.com                   1220 North Market Street, Suite 850
Richard C. Weinblatt (DE Bar No. 5080)          Wilmington, DE 19806
        weinblatt@swdelaw.com                   Telephone: (512) 582-2828
Two Fox Point Centre                            Facsimile: (512) 582-2829
6 Denny Road, Suite 307
Wilmington, DE 19809                            FARNEY DANIELS PC
(302) 999-1540                                  David Swenson (Admitted *Pro Hac Vice*)
                                                DSwenson@farneydaniels.com
                                                Anthony Beasley (Admitted *Pro Hac Vice*)
                                                TBeasley@farneydaniels.com
                                                100 North Sixth Street, Suite 445A
                                                Minneapolis, MN 55403
                                                Telephone: 612-424-9229
                                                Facsimile: 612-424-9230

                                                *Attorneys for Plaintiff Cloud Satchel, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin #4241