IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC,<br><br>   Defendant. | Civil Action No.   1:13-cv-00941-SLR<br><br>JURY TRIAL DEMANDED |
| CLOUD SATCHEL LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>BARNES & NOBLE, INC.,<br><br>   Defendant. | Civil Action No. 1:13-cv-00942-SLR<br><br>JURY TRIAL DEMANDED |
| CLOUD SATCHEL LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>SONY ELECTRONICS, INC.,<br><br>   Defendant. | Civil Action No. 1:13-cv-01381-SLR<br><br>JURY TRIAL DEMANDED |
| CLOUD SATCHEL LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>KOBO, INC.,<br><br>   Defendant. | Civil Action No. 1:13-cv-01890-SLR<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Scott Sorenson, 100 North Sixth Street, Suite 445A, Minneapolis, MN 55403 to represent Plaintiff, Cloud Satchel LLC, in this matter.

Dated: February 13, 2014      FARNEY DANIELS PC

*/s/ Timothy Devlin*
Timothy Devlin #4241
tdevlin@farneydaniels.com
1220 Market Street, Suite 850
Wilmington, DE 19801
Telephone:  (302) 300-4626

*Attorney for Plaintiff*
*Cloud Satchel LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Scott Sorenson is GRANTED.

Date: _____ _____
HONORABLE JUDGE SUE L. ROBINSON

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

Dated: February 13, 2014

Scott Sorenson
Farney Daniels PC
100 North 6th Street, Suite 445A
Minneapolis, MN 55403
(612) 424-9220
ssorenson@farneydaniels.com

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served February 13, 2014, with a copy of this document via the Court's CM/ECF system.

*/s/ Timothy Devlin*
Timothy Devlin #4241