

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax

April 17, 2014

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court for
   the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

      Re:    Cloud Satchel LLC v. Amazon.com, Inc., C.A. No. 13-941-SLR
                Cloud Satchel LLC v. Barnes & Noble, Inc., C.A. No. 13-942-SLR
                <u>Cloud Satchel LLC v. Sony Electronics, Inc., C.A. No. 13-1381-SLR</u>

Dear Judge Robinson:

      On behalf of the parties, I am submitting a revised Patent Case Management Order for Your Honor's review and approval. The proposed order incorporates the dates and times the Court provided during the April 15, 2014 scheduling conference.

      Counsel are available at the Court's convenience should Your Honor have any questions.

                Respectfully,

                /s/ *Philip A. Rovner*

                Philip A. Rovner

PAR/mes/1147363
Enc.
cc: All counsel of record by CM/ECF and E-mail