IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC, <br><br> Plaintiff <br><br> v. <br><br> AMAZON.COM INC., <br><br> Defendant | C.A. No. 13-941-SLR-SRF |
| CLOUD SATCHEL LLC, <br><br> Plaintiff <br><br> v. <br><br> BARNES NOBLE INC., <br><br> Defendant | C.A. No. 13-942-SLR-SRF |

**ORDER**

Pursuant to Paragraph 8 (a) of the Scheduling Order (D.I. 39; 37), the court shall conduct an in person Status Conference[1] on **October 14, 2014** at **1:00 p.m.** in Courtroom 6C, to address any issues relating to fact discovery. Time will be allotted equally among the parties. The parties

---

[1] For any discovery disputes necessitating a hearing prior to the date of the conference, the parties are directed to Magistrate Judge Fallon's section of the court's website in the "Forms" tab, under the heading "Discovery Matters-Motion to Resolve Discovery Disputes."

are to jointly submit a letter agenda to the court on or before noon on October 13, 2014, outlining the issues to be discussed at the status conference.

Dated: 4/24/14

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE