IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUD SATCHEL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 13-941-SLR |
| | ) | Civ. No. 13-942-SLR |
| AMAZON.COM, INC., | ) | |
| BARNES & NOBLE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# O R D E R

At Wilmington this 18th day of December, 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's joint motion for summary judgment of invalidity of the '321 and '997 patents under 35 U.S.C. § 101 is granted.

_____
United States District Judge